1  ROBERT S. LARSEN, ESQ.
   Nevada Bar No. 7785
2  DAVID T. GLUTH, ESQ.
   Nevada Bar No. 10596
3  PAIGE K. SUOZZI, ESQ
   Nevada Bar No. 13773
4  GORDON & REES LLP
   3770 Howard Hughes Parkway Suite 100
5  Las Vegas, Nevada  89169
   Telephone:  (702) 577-9300
6  Facsimile:  (702) 255-2858
   Email: rlarsen@gordonrees.com
7          dgluth@gordonrees.com
           psuozzi@gordonrees.com
8
   *Attorneys for Canyon Willow Owners*
9  *Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>CANYON WILLOW OWNERS ASSOCIATION, a Nevada non-profit corporation; and LN MANAGEMENT LLC SERIES 3085 CASEY 201, a Nevada Limited Liability Company,<br><br>Defendants. | CASE NO.:   2:16-cv-00203-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR CANYON WILLOW OWNERS ASSOCIATION TO RESPOND TO COMPLAINT [Doc. 1]**<br><br>**(First Request)** |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff Federal National Mortgage Association ("Plaintiff"), and Defendant Canyon Willow Owners Association ("Canyon Willow"), by and through their respective attorneys of record, stipulate as follows:

**STIPULATION**

1. Plaintiff filed its Complaint on February 2, 2016 [Doc. 1].

2. Canyon Willow was served with process on February 8, 2016 [Doc. 5].

3. Canyon Willow's response is due on or about February 29, 2016. (*See* Doc. 5.)

4. However, the parties agree that Canyon Willow should be afforded an extension of in which to file a response to the Complaint. An extension is necessary because Canyon Willow's counsel was just retained on February 23, 2016 and needs an opportunity to review the file and documents to adequately respond to the Complaint. Plaintiff has no objection to the extension.

5. Therefore, the parties agree that Canyon Willow's response to the Complaint is now due on or before March 21, 2016.

| | |
|---|---|
| DATED: February 23, 2016. | DATED: February 23, 2016. |
| GORDON & REES LLP | SNELL & WILMER LLP |
| /s/Paige K. Suozzi | /s/ Jared C. Fields |
| ROBERT S. LARSEN, ESQ.<br>Nevada Bar No. 7785<br>DAVID T. GLUTH, ESQ.<br>Nevada Bar No. 10596<br>PAIGE K. SUOZZI, ESQ.<br>Nevada Bar No. 13773<br>3770 Howard Hughes Parkway, Suite 100<br>Las Vegas, Nevada 89169 | AMY E. SORENSON, ESQ.<br>Nevada Bar No. 12495<br>JARED C. FIELDS, ESQ.<br>Nevada Bar No. 9311<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169 |
| *Attorneys for Canyon Willow Owners Association* | *Attorneys for Plaintiff Federal National Mortgage Association* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 25, 2016

Gordon & Rees LLP
3770 Howard Hughes Parkway Suite 100
Las Vegas, Nevada 89169