UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CANYON WILLOW OWNERS ASSOCIATION, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 2:16-cv-00203-JCM-CWH<br><br>ORDER |

　　　Presently before the court is defendant Canyon Willow Owners Association's motion to dismiss the complaint. (ECF No. 13). The motion seeks to dismiss the original complaint filed by plaintiff Federal National Mortgage Association. (ECF Nos. 1, 13).

　　　On January 30, 2017, this court granted plaintiff's motion for leave to file an amended complaint. (ECF No. 34). That same day, plaintiff filed the amended complaint. (ECF No. 35).

　　　Accordingly,

　　　IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant's motion to dismiss (ECF No. 13) be, and the same hereby is, DENIED as moot.

　　　DATED THIS 27th day of February, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ James C. Mahan
　　　　　　　　　　　　　　　　　　　　　　　　　　JAMES C. MAHAN
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE