Kerry Faughnan, Esq.
Nevada Bar No.12204
P.O. Box 335361
North Las Vegas, NV 89086
(702) 301-3096
(702) 331-4222- Fax
Kerry.faughnan@gmail.com
Attorney for LN MANAGEMENT LLC SERIES 3085 CASEY 201

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, a federally chartered corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CANYON WILLOW OWNERS ASSOCIATION, a Nevada non-profit corporation; LN MANAGEMENT LLC SERIES 3085 CASEY 201, a Nevada Limited Liability Company,<br><br>Defendants. | Case No. 2:16-cv-00203-JCM-CWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE BRIEF**<br><br>**(First Request)** |

On February 3, 2017, Plaintiff, Federal National Mortgage Association ("Fannie") filed its Motion for Summary Judgment ("Motion")(ECF No. 36). Defendant, LN Management LLC Series 3085 Casey 201's ("LN") Response was due on February 24, 2017. Due to a calendaring error, LN failed to file its response. Based on this unfortunate error, the parties stipulate hereby stipulate and agree that LN shall have up to and including March 3, 2017, to file a responsive brief.

///

///

///

///

1

This is the first stipulation for extension of time related to the Motion and is made in good faith and not for purposes of delay.

IT IS SO STIPULATED this 1st day of March, 2017.

|  |  |
|---|---|
|  | SNELL & WILMER LLP |
| /s/ Kerry Faughnan | /s/ Jennifer L. Mc Bee |
| Kerry P. Faughnan, Esq. | Alex L. Fugazzi, Esq. |
| Nevada Bar No. 12204 | Nevada Bar No. 9022 |
| PO Box 335361 | Jennifer L. McBee, Esq. |
| North Las Vegas, NV 89033 | Nevada Bar No. 9110 |
| Kerry.faughnan@gmail.com | 3883 Howard Hughes Parkway, Suite 1100 |
| Attorney for LN Management LLC | Las Vegas, Nevada 89169 |
| Series 3085 Casey 201 | Attorneys for Plaintiff |

**ORDER**

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE
Dated: March 1, 2017