# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

               Plaintiff,

vs.

CANYON WILLOW OWNERS ASSOCIATION,
et al.,

               Defendants.

Case No.  2:16-cv-00203-JCM-CWH

**ORDER**

Presently before the court is Plaintiff Federal National Mortgage Association's motion to stay discovery (ECF No. 37), filed on February 3, 2017.  Defendants did not file a response. (Notice of Non-Opp'n (ECF No. 39).)

Plaintiff moves to stay discovery pending the district judge's order on its motion for summary judgment, arguing that its motion for summary judgment is potentially dispositive of the entire case and that discovery is not required to decide the motion.  Having read and considered the unopposed motion, and good cause appearing, the court will grant the motion.  *See* LR 7-2(d) (stating that the "failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to granting of the motion").

IT IS THEREFORE ORDERED that Plaintiff Federal National Mortgage Association's motion to stay discovery (ECF No. 37) is GRANTED.

IT IS FURTHER ORDERED that if Plaintiff Federal National Mortgage Association's motion for summary judgment (ECF No. 36) is denied, the parties must meet and confer and file a revised proposed discovery plan and scheduling order within 21 days from the date of the order on the motion for summary judgment.

DATED: March 1, 2017

**C.W. Hoffman, Jr.**
**United States Magistrate Judge**