Amy F. Sorenson, Esq. (NV Bar No. 12495)
Alex Fugazzi, Esq. (NV Bar No. 9022)
Jennifer L. McBee, Esq. (NV Bar No. 9110)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada  89169
Telephone:  (702) 784-5200
Facsimile:  (702) 784-5252
Email: asorenson@swlaw.com
          afugazzi@swlaw.com
          jmcbee@swlaw.com

*Attorneys for Plaintiff Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>            Plaintiff,<br>vs.<br><br>CANYON WILLOW OWNERS' ASSOCIATION, a Nevada non-profit corporation; and LN MANAGEMENT LLC SERIES 3085 CASEY 201, a Nevada Limited Liability Company,<br><br>            Defendants. | Case No.: 2:16-cv-00203-JCM-CWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION TO FILE ITS REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT TO MARCH 31, 2017**<br><br>**(FIRST REQUEST)** |

This *Stipulation to Extend Deadline for Federal National Mortgage Association to File its Reply in Support of Motion for Summary Judgment* ("Stipulation") is entered into as of the date below by and among FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Fannie Mae"), by and through its counsel, Snell & Wilmer L.L.P.; CANYON WILLOW OWNERS' ASSOCIATION ("HOA"), by and through its counsel, GORDON & REES LLP; and LN MANAGEMENT LLC SERIES 3085 CASEY 201 ("LN Management"), by and through its counsel, KERRY P. FAUGHNAN, ESQ., based on the following facts:

WHEREAS, Fannie Mae filed a *Motion for Summary Judgment* on February 3, 2017 [ECF No. 36];

/ / /

WHEREAS, the HOA filed its *Response to Federal National Mortgage Association's Motion for Summary Judgment* on March 3, 2017 [ECF No. 48];

WHEREAS, LN Management filed its *Opposition to Federal National Mortgage Association's Motion for Summary Judgment* on March 3, 2017 [ECF No. 50]; and

WHEREAS, the current deadline for Fannie Mae to file its *Reply in Support of Motion for Summary Judgment* is March 17, 2017.

NOW, THEREFORE, the Parties stipulate and agree as follows:

1. Fannie Mae shall have until **March 31, 2017** to file its *Reply in Support of Motion for Summary Judgment*.

2. Good cause exists for the extension in light of time constraints on both Fannie Mae and its counsel.

DATED this 7th day of March 2017.

SNELL & WILMER L.L.P.

*/s/ Alex Fugazzi*
Amy F. Sorenson (NV Bar No. 12495)
Alex Fugazzi (NV Bar No. 9022)
Jennifer L. McBee (NV Bar No. 9110)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Phone: (702) 784-5200
Fax: (702) 784-5252

*Attorneys for Federal National Mortgage Association*

DATED this 7th day of March 2017.

GORDON & REES LLP

*/s/ Jon M. Ludwig*
Robert S. Larsen (NV Bar No. 7785)
Jon M. Ludwig (NV Bar No. 3990)
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Phone: (702) 577-9300
Fax: (702) 255-2858

*Attorneys for Canyon Willow Owners' Association*

DATED this 6th day of March 2017.

*/s/ Kerry P. Faughnan*
Kerry P. Faughnan, Esq. (NV Bar No. 12204)
P.O. Box 335361
Las Vegas, Nevada 89033
Phone: (702) 301-3096
Fax: (702) 331-4222

*Attorneys for LN Management LLC Series 3085 Casey 201*

///

**ORDER**

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT COURT JUDGE
DATED_ March 10, 2017 _____

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2017, I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION TO FILE ITS REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT TO MARCH 31, 2017 (FIRST REQUEST)** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 7th day of March, 2017.

*/s/ Ruby Lengsavath*
An Employee of Snell & Wilmer L.L.P.