Amy F. Sorenson, Esq. (NV Bar No. 12495)
Alex Fugazzi, Esq. (NV Bar No. 9022)
Jennifer L. McBee, Esq. (NV Bar No. 9110)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: asorenson@swlaw.com
       afugazzi@swlaw.com
       jmcbee@swlaw.com

*Attorneys for Plaintiff Federal National Mortgage Association*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>CANYON WILLOW OWNERS' ASSOCIATION, a Nevada non-profit corporation; and LN MANAGEMENT LLC SERIES 3085 CASEY 201, a Nevada Limited Liability Company,<br><br>Defendants. | Case No.: 2:16-cv-00203-JCM-CWF<br><br>**STIPULATION AND ORDER (1) REGARDING DISPOSITION OF REMAINING CLAIMS FOR RELIEF, (2) CANCELLING AND EXPUNGING LIS PENDENS, AND (3) RELEASING CASH DEPOSIT** |

This *Stipulation Regarding Disposition of Remaining Claims For Relief, Cancelling and Expunging Lis Pendens, and Releasing Cash Deposit* ("Stipulation") is entered into as of the date below by and among FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Fannie Mae"), by and through its counsel, Snell & Wilmer L.L.P.; CANYON WILLOW OWNERS' ASSOCIATION (the "HOA"), by and through its counsel, GORDON & REES LLP; and LN MANAGEMENT LLC SERIES 3085 CASEY 201 ("LN Management"), by and through its counsel, KERRY P. FAUGHNAN, ESQ., based on the following facts:

WHEREAS, the Court entered an Order on January 4, 2018 [ECF No. 59] granting Fannie Mae's Motion for Summary Judgment [ECF No. 36.] (the "Order");

1    WHEREAS, pursuant to the Order, the Court granted Fannie Mae's claims for declaratory

2  relief and quiet title pursuant to 12 U.S.C. § 4617(j)(3); and

3    WHEREAS, the Order did not address the remaining claims for relief.

4    NOW, THEREFORE, the Parties stipulate and agree as follows:

5    1.    Fannie Mae's claims for wrongful foreclosure, violation of NRS 116.1113 *et seq.*,

6  and unjust enrichment shall be dismissed, without prejudice;

7    2.    All lis pendens recorded against the Property, including, but not limited to, the

8  Notice of Lis Pendens recorded on or about June 12, 2013 as Document No. 201306120002477,

9  and the Notice of Lis Pendens recorded on or about August 14, 2013 as Document No.

10  201308140001609, shall be cancelled and expunged of record;

11    3.    The cash deposit in the amount of $500.00, tendered to the Clerk of Court on or

12  about August 5, 2016, shall be refunded to "Federal National Mortgage Association" c/o

13  Alex L. Fugazzi, Esq., Snell & Wilmer L.L.P., 3883 Howard Hughes Parkway, Suite 1100,

14  Las Vegas, Nevada 89169 upon entry of this Stipulation;

16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

- 2 -

4840-6685-8587

1    4.    Each of the parties shall bear their or its own attorneys' fees and costs of this

2    lawsuit; and

3    5.    No further matters remain pending in this matter.[1]

4    DATED this 6th day of February 2018.          DATED this 6th day of February 2018.

5    SNELL & WILMER L.L.P.                          GORDON & REES LLP

6    */s/ Jennifer L. McBee*                         */s/ Robert S. Larsen*

7    Amy F. Sorenson (NV Bar No. 12495)             Robert S. Larsen (NV Bar No. 7785)
     Alex Fugazzi (NV Bar No. 9022)                 Rachel L. Wise (NV Bar No. 13622)

8    Jennifer L. McBee (NV Bar No. 9110)            300 South 4th Street, Suite 1550
     3883 Howard Hughes Parkway, Suite 1100         Las Vegas, Nevada 89101

9    Las Vegas, Nevada 89169                        Phone:  (702) 577-9300
     Phone:  (702) 784-5200                         Fax:  (702) 255-2858

10   Fax:  (702) 784-5252
                                                    *Attorneys for Canyon Willow Owners'*
11   *Attorneys for Federal National Mortgage*      *Association*
     *Association*

12

13   DATED this 6th day of February 2018.

14   */s/ Kerry P. Faughnan*
     Kerry P. Faughnan (NV Bar No. 12204)

15   P.O. Box 335361
     Las Vegas, Nevada 89033

16   Phone:  (702) 301-3096
     Fax:  (702) 331-4222

17   *Attorneys for LN Management LLC Series 3085*
     *Casey 201*

18

19                                    **ORDER**

20          **IT IS SO ORDERED.**

21                                    _____

22                                    UNITED STATES DISTRICT JUDGE

23                                    DATED:  February 7, 2018

24

25

26

27   [1]  In light of the disposition of Fannie Mae's claims for declaratory relief and quiet title pursuant to 12

28   U.S.C. § 4617(j)(3), the district court need not have reached Fannie Mae's claims for declaratory relief and
     quiet title under Amendments V and XIV of the U.S. Constitution.

4840-6685-8587

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2018, I electronically filed the foregoing **STIPULATION AND ORDER (1) REGARDING DISPOSITION OF REMAINING CLAIMS FOR RELIEF, (2) CANCELLING AND EXPUNGING LIS PENDENS, AND (3) RELEASING CASH DEPOSIT** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 6th day of February 2018.

_____
An Employee of Snell & Wilmer L.L.P.

- 4 -

4840-6685-8587