Stephen Peek, Esq.
Nevada Bar No. 1758
Rachel L. Wise, Esq.
Nevada Bar No. 12303
HOLLAND & HART LLP
9555 Hillwood Drive
2nd Floor
Las Vegas, NV  89134
Phone: 702-222-2500
Fax: 702-669-4600
Email:   speek@hollandhart.com
             rlwise@hollandhart.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>CANYON WILLOW OWNERS ASSOCIATION; a Nevada non-profit corporation, and LN MANAGEMENT LLC SERIES 3085 CASEY 201; a Nevada Limited Liability Company,<br><br>Defendants. | Case No. 2:16-cv-00203-JCM-CWH<br><br>**MOTION TO REMOVE COUNSEL FROM SERVICE LIST AND [PROPOSED] ORDER** |

Pursuant to LR IA 10.6(e), Rachel L. Wise, Esq., hereby moves this Court for an Order removing her from all service lists, including the court's electronic notification list, in the above-captioned case.

///

///

///

///

///

///

Page 1 of 3

Attorney Wise is no longer employed by Gordon Rees Scully Mansukhani, LLP.

DATED this 4th day of April, 2018.

                                         HOLLAND & HART LLP

                                         */s/ Rachel L. Wise*
                                         Stephen Peek, Esq.
                                         Nevada Bar No. 1758
                                         Rachel L. Wise, Esq.
                                         Nevada Bar No. 12303
                                         9555 Hillwood Drive, 2nd Floor
                                         Las Vegas, Nevada 89134

**IT IS SO ORDERED**

_____
U. S. MAGISTRATE JUDGE
DATED: April 5, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of April, a true and correct copy of the foregoing **MOTION TO REMOVE COUNSEL FROM SERVICE LIST AND [PROPOSED] ORDER** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's EM/ECF system, and parties may access this filing through the Court's CM/ECF system.

                                        */s/ Joyce Heilich*
                                      An Employee of Holland & Hart LLP

10839847_1