COLT B. DODRILL, ESQ.
Nevada State Bar No. 9000
WOLFE & WYMAN LLP
6757 Spencer Street
Las Vegas, NV 89119
Telephone: (702) 476-0100
Facsimile: (702) 476-0101
cbdodrill@wolfewyman.com

Attorneys for Plaintiff
FEDERAL NATIONAL MORTGAGE
ASSOCIATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>CANYON WILLOW OWNERS' ASSOCIATION, a Nevada non-profit corporation; and LN MANAGEMENT LLC SERIES 3085 CASEY 201, a Nevada Limited Liability Company,<br><br>Defendants. | Case No. 2:16-cv-00203-JCM-CWF<br><br>**SUBSTITUTION OF ATTORNEY** |

Plaintiff FEDERAL NATIONAL MORTGAGE ASSOCIATION hereby substitutes Colt B. Dodrill of Wolfe & Wyman LLP, 11811 N. Tatum Boulevard, Suite 3031, Phoenix, AZ 85028, (602) 953-0100, as attorney of record in place and stead of Amy F. Sorenson, Esq., Snell & Wilmer LLP., 3883 Howard Hughes Parkway, Suite 1100, Las Vegas, NV 89169, (702) 784-5200.

///

///

///

1
**SUBSTITUTION OF ATTORNEY**

3020704.1

I consent to the above substitution.

DATED: _____    _____
                                       Signature of Plaintiff

I consent to the above substitution.   *(signature)*

DATED: 4/25/18                         _____
                                       Signature of Present Attorney

I am duly admitted to practice in this District.

Above substitution accepted.

DATED: April 27, 2018        WOLFE & WYMAN LLP

                             By: *(signature)* Colt Dodrill
                             COLT B. DODRILL, ESQ.
                             Nevada Bar No.: 13350
                             11811 N. Tatum Blvd., Suite 3031
                             Phoenix, AZ 85028
                             Attorneys for Plaintiff
                             **FEDERAL NATIONAL MORTGAGE ASSOCIATION**

Please check one: _X_ RETAINED, or ____ APPOINTED BY THE COURT.

APPROVED

DATED: _____    _____
                                       U.S. DISTRICT COURT JUDGE

2
SUBSTITUTION OF ATTORNEY

I consent to the above substitution.

DATED: 4/20/18

_____
Signature of Plaintiff
*its Associate General Counsel*

I consent to the above substitution.

DATED:_____

_____
Signature of Present Attorney

I am duly admitted to practice in this District.

Above substitution accepted.

DATED: April ___, 2018          WOLFE & WYMAN LLP

By:_____
COLT B. DODRILL, ESQ.
Nevada Bar No.: 9000
6757 Spencer Street
Las Vegas, NV 89119
Attorneys for Plaintiff
**FEDERAL NATIONAL MORTGAGE ASSOCIATION**

Please check one:_____ RETAINED, or _____ APPOINTED BY THE COURT.

APPROVED
   May 14, 2018
DATED:_____          _____
                                      U.S. MAGISTRATE       JUDGE

2
SUBSTITUTION OF ATTORNEY

3020704.1

# CERTIFICATE OF SERVICE

On ___4/30___, 2018, I served the foregoing **SUBSTITUTION OF ATTORNEY**, by the following means to the persons as listed below:

☒ a. EFC System (you must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary):

Kerry.faughnan@gmail.com
Counsel for LN Management LLC Series 3085 Casey 201

rlarsen@grsm.com
Counsel for Canyon Willow Owners' Association

asorenson@swlaw.com
jmcbee@swlaw.com
Counsel Substituting out for Federal National Mortgage Association

☐ b. United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

~~_____/s/Debra Barsetti_____~~
Debra Barsetti
An employee of Wolfe & Wyman LLP

3020704.1